**IT IS ORDERED as set forth below:**



Date:  August 5, 2020

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| ORCHARD HILLS BAPTIST CHURCH, INC., | § § § § | CASE NO. 19-10897-WHD |
| Debtor. | § § | |

**ORDER DISMISSING BANKRUPTCY CASE**

The Motion to Dismiss (Dkt. 97) (the "**Motion**") having been filed by the Debtor on July 28, 2020; notice of the Motion having been served that day by the Debtor on all creditors and parties-in-interest; no objections were raised by any creditor or other party-in-interest at or before the August 4, 2020 expedited hearing on the Motion; and the United States Trustee indicating at the call of the hearing that it has no opposition to the relief sought in the Motion; accordingly, it is

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Debtor is authorized to enter into the Resolution Agreement that is referenced in, attached to, and incorporated by reference in the Motion, and to

take all actions necessary to consummate the transactions contemplated by said Resolution Agreement; and it is

FURTHER ORDERED that the Debtor shall, with fourteen (14) days after the entry of this Order, submit a payment to the Office of the United States Trustee for any and all outstanding United States Trustee fees for this bankruptcy case, including, without limitation, those incurred for Third Quarter 2020; and it is

FURTHER ORDERED that the bankruptcy case of Orchard Hills Baptist Church, Inc., Case No. 19-108797, is hereby DISMISSED; and it is

FURTHER ORDERED that counsel for the Debtor shall serve a copy of this Order on all creditors and parties-in-interest, and file a certificate of service for the same, within seven (7) days after this Order's entry.

**END OF DOCUMENT**

**This Order Prepared and Submitted by:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Suite 800, Fickling & Co. Building
577 Mulberry Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com
Counsel for the Debtor

G:\CLIENTS\Orchard Hills Baptist Church, Inc. v. Ch. 11\Motion to Dismiss\Orchard Order to Dismiss (final for upload 08.04.20).DOCX

DISTRIBUTION LIST

David L. Bury, Jr., Esq.
Stone & Baxter, LLP
577 Mulberry Street – Suite 800
Macon, Georgia 31201

Jonathan Adams, Esq.
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

John A. Thomson, Jr., Esq.
Adams & Reese, LLP
3424 Peachtree Street – Suite 1600
Atlanta, Georgia 30326